Form B240 3/99

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED TS

03 SEP -2 PM 2: 31

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

| Debtor's Name<br>NORMAN M MOORE | Bankruptcy Case No. 03-06056 PWB<br><br>Chapter 7 |
|---|---|
| Creditor's Name and Address<br><br>Household Retail Services, Inc.<br>c/o Weinstein, Treiger & Riley, P.S.<br>2101 Fourth Avenue<br>Suite 900 | REAFFIRMATION AGREEMENT |

Instructions: 1) Attach a copy of all court judgments, security agreements, and evidence of their perfection.
             2) File all the documents by mailing them or delivering them to the Clerk of the Bankruptcy Court.

**NOTICE TO DEBTOR:**
This agreement **gives up the protection of your bankruptcy discharge for this debt.**

**As a result of this agreement the creditor may be able to take your property or wages** if you d not pay the agreed amounts. The creditor may also act to collect the debt in other ways.

**You may rescind (cancel) this agreement at any time before the bankruptcy court enters a discharge order or within 60 days after this agreement is filed with the court, whichever is lat** by notifying the creditor that the agreement is canceled.

**You are not required to enter into this agreement by any law.** It is not required by the Bankruptcy Code, by any other law, or by any contract (except another reaffirmation agreement m; accordance with Bankruptcy Code ' 524(c)).

**You are allowed to pay this debt without signing this agreement.** However, if you do not sign this agreement and are later unwilling or unable to pay the full amount, the creditor will not be collect it from you. The creditor also will not be allowed to take your property to pay the debt unle: creditor has a lien on that property.

If the creditor has a lien on your personal property, you may have a right to **redeem** the property ar eliminate the lien by making a single payment to the creditor equal to the current value of the prop agreed by the parties or determined by the court.

**This agreement is not valid or binding unless it is filed with clerk of the bankruptcy court.**
If you were not represented by an attorney during the negotiation of this reaffirmation agreement, t agreement cannot be enforced by the creditor unless:
     1) You have attended a reaffirmation hearing in the bankruptcy court, and
     2) The agreement has been approved by the bankruptcy court. (Court approval is not required if this is a consumer debt secured by a mortgage or other lien on your real estate.)

*0176401100639176*  0176401100639176

## REAFFIRMATION AGREEMENT

The debtor and creditor named above agree to reaffirm the debt described in this agreement as follows.

### THE DEBT

| | |
|---|---|
| Total Amount of Debt When Case was Filed | 8,377.05 |
| Total Amount of Debt Reaffirmed | $4,175.00 |
| Above total includes the following: | |
| Interest Accrued to Date of Agreement | $0 |
| Attorney Fees | $0 |
| Late Fees | $0 |
| Other Expenses or costs Relating to the Collection of this Debt (Describe) | $0 |
| Annual Percentage Rate | 8% |
| Amount of Monthly Payment | $84.65 |
| Date Payments Begin | 09/15/2003 |
| Total Number of Payments to be Made | 60 |
| Total Amount of Payments if Paid According to Schedule | $5,079.24 |
| Date Any Lien Is to Be Released if Paid According to Schedule | 10/15/2008 |

**The debtor agrees that any and all remedies available to the creditor under the security agreement remain available.**

All additional terms agreed to by the parties (if any):

Payments on this debt ☐ were ☐ were not in default on the date on which this bankruptcy was filed.

This agreement differs from the original agreement with the creditor as follows:

*0176401100639176*                                                                  0176401100639176

**CREDITOR'S STATEMENT CONCERNING AGREEMENT AND SECURITY/COLLATERAL (IF ANY)**

Description of Collateral: (If applicable, list manufacturer, year and model)


Vendor: YAMAHA
Value:      $

Basis or Source for Valuation: _____

Current Location and Use of Collateral:

Expected Future Use of Collateral: _____

Check Applicable Boxes:

    Any lien described herein is valid and perfected.

    This agreement is part of a settlement of a dispute regarding the dischargeability of this debt under section 523 of the Bankruptcy Code (11 U.S.C. ' 523) or any other dispute. The nature of this dispute is _____.

**DEBTOR'S STATEMENT OF EFFECT OF AGREEMENT ON DEBTOR'S FINANCES**

My monthly income (take home pay plus any other income received) is $ _____

My current monthly expenses total $ _____ not including any payment due under this agreement, or any debt to be discharged in this case.

I believe this agreement ☐ will ☐ will not impose an undue hardship on me or my dependents

**DEBTOR'S STATEMENT CONCERNING DECISION TO REAFFIRM**

    I agreed to reaffirm this debt because _____

    I believe this agreement is in my best interest because

    I ☐ considered ☐ did not consider redeeming the collateral under section 722 of the Bankruptcy Code (11 U.S.C. '722). I chose not to redeem because

    I ☐ was ☐ was not represented by an attorney during negotiations on this agreement

## CERTIFICATION OF ATTACHMENTS

Any documents which created and perfected the security interest or lien ☐ are ☐ are not

*[If documents are not attached:]* The documents which created and perfected the security interest lien are not attached because

HRSI HOUSEHOLD RETAIL
SERVICES, INC

## SIGNATURES

| | *Print or Type* |
|---|---|
| (Signature of Debtor)<br>Date _____ | (Name of Creditor)<br><br>(Signature of Creditor Representative) |
| (Signature of Joint Debtor) | |

**HRSI**

### CERTIFICATION BY DEBTOR'S ATTORNEY          AUG 2 5 2003

I hereby certify that:

1) This agreement represents a fully informed and voluntary agreement by the debtor(s);
2) This agreement does not impose a hardship on the debtor or any dependent of the debtor; and I have fully advised the debtor of the legal effect and consequences of this agreement and
    any default under this agreement.

_____ 8/15/03
(Signature of Debtor's Attorney, if any)  Date

*0176401100639176*                                                    0176401100639176

WEINSTEIN, TREIGER, & RILEY, P.S.
2101 Fourth Avenue
Suite 900
Seattle, WA 98121

NOTICE CONCERNING YOUR RIGHTS

This letter is an attempt to enforce a security interest. However, it may be construed as an attem collect a debt. Any information obtained will be used for those purposes. Unless you, within 3C of receipt of this notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid. If you notify us in writing within the 30-day period that the debt or security interest, or any portion thereof, is disputed, we will obtain verification of the debt or security int a copy of a judgment against you and a copy of such verification of judgment will be mailed to y Upon written request within the 30-day period, we will provide you with the name and address c original creditor, if different from the current creditor, Household Retail Services, Inc. or the oth vendor indicated on the document or letter accompanying this notice. If you notify us in writing the 30-day period that the debt which supports this security interest, or any portion thereof is dis or that you request the name and address of the original creditor, we shall cease enforcement of t security interest or any disputed portion thereof, until we obtain verification of the date or a cop) judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or the name and address of the original creditor is mailed to you.